IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WARREN OLIVER,

    Plaintiff,

v.                                                             5:13cv209-WS

CASS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed November 12, 2013. See Doc. 13. The magistrate judge recommends that the plaintiff's claims against Nobles, Hayes, Brown, Mason, McDowell, Davis, and Bowen be dismissed for failure to state a claim. The plaintiff has filed objections (doc. 19) to the report and recommendation.

Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 13) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's claims against Nobles, Hayes, Brown, Mason, McDowell, Davis, and Bowen are DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   17th   day of    December   , 2013.


                                s/ William Stafford
                                WILLIAM STAFFORD
                                SENIOR UNITED STATES DISTRICT JUDGE