IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WARREN OLIVER,

    Plaintiff,

v.                                                               5:13cv209-WS

ADAMS, et al.,

    Defendants.

## ORDER DENYING PLAINTIFF'S
## MOTION FOR A TEMPORARY RESTRAINING ORDER

Before the court is the magistrate judge's report and recommendation (doc. 17) docketed December 2, 2013. The magistrate judge recommends that the plaintiff's motion for a temporary restraining order (doc. 15) be denied. The plaintiff has filed objections (doc. 20) to the report and recommendation.

Upon review of the record in light of the plaintiff's objections, the court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion for a temporary restraining order (doc. 15) is DENIED.

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___18th___ day of ___December___, 2013.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE