IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WARREN OLIVER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　5:13cv209-WS

ADAMS, et al.,

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

Before the court is the magistrate judge's report and recommendation (doc. 31) docketed January 23, 2014. The magistrate judge recommends that the plaintiff's motion for a temporary restraining order (doc. 30) be denied. The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's motion for a temporary restraining order (doc. 30) is DENIED.

3.  The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___25th___ day of ___February___, 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE