IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WARREN OLIVER,

    Plaintiff,

v.   CASE NO. 5:13-cv-209-WS-GRJ

ADAMS, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis*, alleging civil rights violations by various officials at Apalachee C.I.  (Doc. 11.)  On November 12, 2013, the Court directed service on Plaintiff's behalf as to several defendants, including Defendant Roosevelt Hadley.  (Doc. 12.)  On January 14, 2014, the summons for Defendant Hadley was returned unexecuted, with a note that he no longer works for the Department of Corrections (DOC).  (Docs. 23, 28.)  The Court the directed the DOC to provide the United States Marshals Service (USMS), in confidence, with the last known address of Defendant Hadley.  (Doc. 29.)  The DOC subsequently notified the Court that it was providing the USMS with Defendant Hadley's last known address.  (Doc. 34.)  The USMS once again attempted service, but on February 27, 2014, notified the Court that service was unsuccessful and that the documents mailed to Defendant Hadley's forwarding address were returned marked "Insufficient."  (Doc. 39.)

On March 5, 2014, the Court directed Plaintiff to provide an address for Defendant Hadley so that service could be attempted again.  (Doc. 40.)  Plaintiff was given a April 3, 2014 deadline to provide the Court with an address for Defendant

Hadley, and was warned that failure to comply with the Court's Order would result in a recommendation that the case be dismissed as to Defendant Hadley.

In his response to the Court's Order, Plaintiff states that he has been unable to locate Defendant Hadley and has no resources to find him.  Defendant Hadley has still not been served.   Fed. R. Civ. P 4(m) provides that "if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff shall dismiss the action without prejudice as to that defendant or order that service be made within a specified time."  Plaintiff appears to have provided his complaint to prison officials for mailing on May 31, 2013, and the 120-day deadline has long since passed.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's claims against Defendant Hadley be dismissed for failure to timely serve these Defendants pursuant to Fed. R. Civ. P. 4(m).

**IN CHAMBERS**, at Gainesville, Florida, this 18th day of March 2014.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.