IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WARREN OLIVER,

    Plaintiff,

v.                                              5:13cv209-WS-GRJ

ADAMS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 7, 2015.  See Doc. 154.  The magistrate judge recommends that the defendants' motion for summary judgment be granted.  The plaintiff has filed objections (doc. 156) to the report and recommendation.  Having reviewed the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 154) is ADOPTED and incorporated by reference into this order.

2. The defendants' motion for summary judgment (doc. 116) is GRANTED and all claims against the defendants are DISMISSED WITH PREJUDICE.

3. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

DONE AND ORDERED this   29th   day of    July   , 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE